AO 245B (Rev. 03/19)   Judgment in a Criminal Case
v1                     Sheet 2 — Imprisonment

Judgment Page: **2** of **7**

DEFENDANT: Jose Atemio Olguin Valles
CASE NUMBER: 4:17-CR-00173-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

210 months as to Count One of the Indictment filed on September 26, 2017.



☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be designated to a facility on the West Coast of the United States.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant is remanded to the custody of the United States Marshal for surrender to the ICE detainer.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before       on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

APR 06 2021

North Lake Correctional Facility
1805 W. 32nd Street
Baldwin, MI 49304

Defendant delivered on _____ to _____

a _Baldwin, MI_____ , with a certified copy of this judgment.

_T. Johns, Warden_
UNITED STATES MARSHAL

By _K. Kleczynski, Records Clerk_
DEPUTY UNITED STATES MARSHAL

North Lake Correctional Facility
Records Dept.
P.O Box 1150
Baldwin, Mi 49304



Hasler
04/15/2021
US POSTAGE $000.91⁰
FIRST-CLASS MAIL
ZIP 49304
011E11682921

Southern District of Iowa
123 E. Walnut Street, Room 208
Des Moines, IA 50309

"X-RAYED & CLEARED BY U.S.M.S.